UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ROMAN CATHOLIC ARCHDIOCESE OF INDIANAPOLIS, INC., )<br>    *Plaintiff*, )<br>)<br>*vs.* )<br>)<br>TRAVELERS INS. CO., *et al.*, )<br>    *Defendants*. ) | 1:12-cv-1246-JMS-DKL |

### ORDER TO FILE JOINT JURISDICTIONAL STATEMENT

In September 2012, Plaintiff Roman Catholic Archdiocese of Indianapolis, Inc. ("Catholic Archdiocese") filed a Complaint against Travelers Insurance Company ("Travelers") and Gallagher Bassett Insurance Services, Inc. ("Gallagher"), alleging that this Court has diversity jurisdiction over its action. [Dkt. 1.]

In its Answer, Gallagher asserts that it lacks knowledge and information sufficient to form a belief as to the truth of almost all of the jurisdictional allegations and, therefore, denies that diversity jurisdiction exists. [Dkt. 13 at 1-2.] Gallagher does allege that its legal name is actually "Gallagher Basset Services, Inc." and sets forth a different state of incorporation than that alleged by the Catholic Archdiocese. [*Id.* at 2 ¶ 2.3; dkt. 1 at 2 ¶ 2.3.]

Traveler's has not yet answered or otherwise responded to the Complaint. [Dkt. 8 (notice of first extension of time to October 30, 2012 to answer or otherwise respond).]

A federal court always has a responsibility to ensure that it has jurisdiction, *Hukic v. Aurora Loan Servs.*, 588 F.3d 420, 427 (7th Cir. 2009), and counsel has a professional obligation to analyze subject-matter jurisdiction, *Heinen v. Northrop Grumman Corp.*, 671 F.3d 669 (7th 2012). Because the Court cannot confirm that it has diversity jurisdiction over this matter, the Court **ORDERS** the parties to conduct whatever investigation is necessary and file a joint juris-

dictional statement by **November 1, 2012**, setting forth the citizenship of each party and whether the amount in controversy, exclusive of interest and costs, is at least $75,000. If the parties cannot agree on the contents of a joint statement, they are ordered to file competing statements by that date. Additionally, Catholic Archdiocese and Defendant Gallagher should jointly move to amend the docket to reflect Gallagher's legal name if they can so agree. If they cannot agree, each should detail its position in the jurisdictional statement ordered above.

10/23/2012

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only:**

Lisa M. Dillman
LEWIS & WAGNER
ldillman@lewiswagner.com

John S. Mercer
MERCER BELANGER
jsmercer@indylegal.com

Wandini Riggins
LEWIS WAGNER LLP
wriggins@lewiswagner.com

Thomas E. Satrom
FROST BROWN TODD LLC
tsatrom@fbtlaw.com

John Carl Trimble
LEWIS WAGNER LLP
jtrimble@lewiswagner.com